■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY LEWIS, Appellant. (Appeal No. 1.) [643 NYS2d 456] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Wayne County Court, Sirkin, J.—Criminal Sale Controlled Substance, 2nd Degree.) Present—Denman, P. J., Pine, Callahan, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY LEWIS, Appellant. (Appeal No. 2.) [643 NYS2d 456] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Wayne County Court, Sirkin, J.—Criminal Possession Controlled Substance, 3rd Degree.) Present—Denman, P. J., Pine, Callahan, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHIRLEY GRIFFIN, Appellant. [643 NYS2d 449] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Marks, J.—Violation of Probation.) Present—Green, J. P., Lawton, Fallon, Doerr and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERMONE THREATT, Appellant. [643 NYS2d 448] —Judgment unanimously affirmed. Memorandum: County Court properly found that defendant was competent to understand and waive his *Miranda* rights *(see, People v Williams,* 62 NY2d 285; *People v Hill,* 175 AD2d 603). Upon our review of the record, we conclude that the sentence imposed is neither unduly harsh nor severe. Defendant's further contentions are not preserved for our review *(see,* CPL 470.05 [2]), and we decline to exercise our power to address them as a matter of discretion in the interest of justice *(see,* CPL 470.15 [6] [a]). (Appeal from Judgment of Erie County Court, D'Amico, J.—Murder, 2nd Degree.) Present—Green, J. P., Lawton, Fallon, Doerr and Boehm, JJ.